## HALL v. THE STATE.

CRIMINAL LAW AND PRACTICE.—The record on appeal, in a criminal case, tried on indictment, must show that the grand jury was regularly empannelled, and the indictment duly returned by them in open Court.

APPEAL from the *Madison* Circuit Court.

*Per Curiam.*—Indictment of the appellant for larceny. Motion to quash overruled. Trial, conviction, and sentence of imprisonment in the State's prison, a motion in arrest being overruled. The record does not show any empannelling of a grand jury, or the return by that body of the indictment into Court. A *certiorari* has been issued in this behalf, but the return thereto fails to supply the imperfections of the record.

The judgment below is reversed.

*James W. Sansberry* and *Voss & Kane,* for the appellant.
*Oscar B. Hord,* Attorney General, for the State.